UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-cr-795 (SHS) |
| -v- | : | ORDER |
| RAYMER CASILLA, | : | |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

Defendant having pled guilty today to Count One of the Indictment via videoconference, with counsel for all parties attending,

IT IS HEREBY ORDERED that:

1. The sentencing is scheduled for January 5, 2021, at 2:30 p.m.;

2. The defendant's sentencing submissions are due by December 22, 2020; and

3. The government's sentencing submissions are due by December 29, 2020.

Dated: New York, New York
September 30, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.

1